# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Charles Carson,

        Plaintiff

vs.

Secretary Theodis Beck et al,

        Defendant.

JUDGMENT IN A CIVIL CASE

3:08cv288

DECISION BY COURT.  This action having come before the Court by Petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/23/2008 Order.

Signed: June 23, 2008

Frank G. Johns, Clerk
United States District Court